In the Matter of the Application of GRAND CENTRAL THEATRE, INC., Respondent, against MOVING PICTURE MACHINE OPERATORS UNION, LOCAL 306, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM RUBIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX RITTER, Appellant.— Judgments affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and dismiss the informations.

BLANCA B. SINGER v. ERIC RICHARD SINGER.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROYAL INDEMNITY COMPANY v. SOL LUSTBADER, INC., Impleaded with STANDARD SURETY AND CASUALTY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ERROL FLYNN v. HARCOURT BRACE AND COMPANY, INC., and Another, Impleaded with CONSTANCIA DE LA MORA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JAMES M. COOKE, an Infant, etc., by JAMES J. COOKE, His Guardian ad Litem, and JAMES J. COOKE v. JEFFREY S. DRIGANT, Impleaded with JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ADDIE M. HOWELL and Another v. ELIZABETH K. MURPHY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MORRIS L. COHEN, Administrator, etc., of FANNIE COHEN, Deceased, to Discover Property of Said Decedent Claimed to Be Withheld. LOUIS DARDICK. MORRIS L. COHEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ARTHUR C. SMITH v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 949.] Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOHN T. MULLANE v. JOHN McKENZIE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of COST VENDRAMIS, Stockholder in the SWORD STEAMSHIP LINE, INC., for the Appointment of Appraisers to Appraise the Value of His Stock.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.